UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. **STEVEN LAMONT ELLIS,**
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

        Defendants.

## ORDER SETTING FINAL TRIAL PREPARATION CONFERENCE

**IT IS ORDERED** that a final trial preparation conference for Defendant Steven Lamont Ellis is set for **December 8, 2006 at 4:00 p.m.** in courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 14th day of July, 2006.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge