UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. **STEVEN LAMONT ELLIS**,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

## ORDER

THIS MATTER came before the Court for a sentencing hearing on April 9, 2007. At the hearing, Defendant Ellis inquired about the pendency of a motion for reconsideration he had filed with regard to the Court's ruling on his suppression motion. The Court has reviewed the record and discerns that the Court denied Mr. Ellis' motion for reconsideration on February 1, 2007 **(#1138)**. Thus, the Court clarifies that no motion for reconsideration is pending.

**IT IS SO ORDERED**.

Dated this 9th day of April, 2007

                                          **BY THE COURT:**

                                          */s/ Marcia S. Krieger*

                                          Marcia S. Krieger
                                          United States District Judge