UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. **STEVEN LAMONT ELLIS,**
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

---

## ORDER RE: MOTION PURSUANT TO 18 U.S.C. § 3582

---

THIS MATTER comes before the Court upon Defendant Ellis' filing of his "Motion for Modification of an Imposed Term of Imprisonment Pursuant to the Provision of Title 18 U.S.C. § 3582(c)(1)(B)(2)" (Motion) **(#1447)** on February 15, 2008. Having reviewed the Motion,

**IT IS ORDERED** that pursuant to the Criminal Justice Act, 18 U.S.C. § 3000A, Frank E. Moya, shall be re-appointed to represent Defendant Ellis. Counsel shall have up to and including **March 20, 2008**, in which to supplement, adopt or withdraw Defendant Ellis' Motion. The

Government shall have up to and including **March 30, 2008**, in which to respond. It is

**FURTHER ORDERED** that the Probation office shall have **20 days** thereafter to prepare and serve (per Rule 32) a supplemental presentence report in conformance with 28 U.S.C. § 3553(a), 28 U.S.C. § 3582(c)(2) and §1.B1.10 of the FEDERAL SENTENCING GUIDELINES. In addition to such required information, the report shall state where the Defendant is incarcerated, and whether that institution has video-conferencing capabilities. It is

**FURTHER ORDERED** that the Defendant and the United States Attorney shall respond to the supplemental presentence report on or before **April 30, 2008**.

DATED this 10th day of March, 2008.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge